UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AUTOMATED TRANSACTIONS LLC,

          *Plaintiff,*

          - v. -

BRIDGEHAMPTON NATIONAL BANK and BRIDGE
BANCORP, INC.,

          *Defendant.*

------------------------------------------------------------x

Civil Action No. CV 12 - 3482

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Automated Transactions, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No such corporations.

Date: 07/12/12

Signature of Attorney