**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

October 2, 2012

By ECF

The Honorable Joanna Seybert
c/o Charles Baran, Deputy Clerk
United States District Court for the Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re: <u>Automated Transactions, LLC, v. Bridgehampton National Bank and Bridge Bancorp, Inc., 2:12-cv-03482-JS-WDW</u>

Dear Judge Seybert:

Automated Transactions LLC ("ATL') respectfully informs the Court that the parties in the above-captioned matter have reached a settlement agreement. Accordingly, ATL respectfully requests the voluntary withdrawal of its Complaint.

Sincerely,

*Al Jacobs, J.M.*

Albert L. Jacobs, Jr.